**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HECTOR H. ABURTO, Petitioner, v. K. CLARK (Warden), Respondent.

Case No. EDCV 06-640 GHK (CW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: 10/25/10

GEORGE H. KING
United States District Judge