UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR H. ABURTO, | ) | Case No. EDCV 06-640 GHK (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| K. CLARK (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 10/25/10

GEORGE H. KING
United States District Judge