JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR HUGO ABURTO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SHAWN HATTON, WARDEN<br><br>　　　　Respondent. | Case No. EDCV 06-00640 JLS (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting in Part and Rejecting in Part the Final Report and Recommendation of the United States Magistrate Judge, IT IS ORDERED AND ADJUDGED that a conditional writ of habeas corpus is granted as follows:

　　Unless Petitioner is resentenced within one hundred twenty (120) days of the date of the Judgment (plus any additional delay authorized under state law), Respondent shall discharge petitioner from all adverse consequences of his conviction in Riverside County Superior Court, Case No. RIF 096321.

　　Dated: September 27, 2018

_____
Hon. Josephine L. Staton
United States District Judge

1